IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CINDY LOU HARRIS,

        Plaintiff,                                3:12-cv-00379-HDM-WGC

   vs.                                         ORDER

DOUBLETREE MANAGEMENT, LLC, *et al.*,

        Defendants.

_____/

    The undersigned Judge having determined that recusal is warranted, IT IS ORDERED that the undersigned Judge recuses himself from this action.

    IT IS FURTHER ORDERED that this matter be referred to Chief Judge Robert C. Jones for reassignment.

    Dated this 24th day of July, 2012.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE